Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★      ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00165-CR

**IN RE Jose A. CORDOVA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
Phylis J. Speedlin, Justice
Rebecca Simmons, Justice

Delivered and Filed: March 3, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On February 22, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2005-CR-5739, in the 187th Judicial District Court, Bexar County, Texas, the Honorable Raymond Angelini presiding.